IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHUA TILAHUN,

    Plaintiff,

  v.

OREGON DEPARTMENT OF
CORRECTIONS, SGT. BERNHARDT,
CORY FUREY, CHAPLAIN STOLLNECKER,
CHAPLAIN THOMPSON, CHAPLAIN
BOREAL, CHAPLAIN YOUNG,
COLETTE PETERS, HEIDI STEWART,
JAMIE BREMEN, MARK KNUTH,
BRANDON KELLY, CINDY BOOTH,
NATHALINE FRENER, R. POLK,
KELLY CARLSON, DEPUTY TOOMBS,

    Defendants.

Case No. 6:23-cv-00060-AR

ORDER

**BAGGIO, District Judge:**

    Magistrate Judge Armistead issued a Findings and Recommendation on July 16, 2025, in which he recommends that this Court deny Plaintiff's Motion for Summary Judgment and grant

1 – ORDER

Defendants' Motion for Summary Judgment. F&R, ECF No. 76. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Plaintiff filed timely objections to the Magistrate Judge's Findings and Recommendation. Pl.'s Obj., ECF No. 78. When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings and Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Armistead's Findings and Recommendation [76]. Therefore, the Court DENIES Plaintiff's Motion for Summary Judgment [54] and GRANTS Defendants' Motion for Summary Judgment [70].

IT IS SO ORDERED.

DATED this 12th day of September, 2025.

*Amy M. Baggio*
_____
AMY M. BAGGIO
United States District Judge

2 – ORDER